**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

**FERNANDO JOSUE EFRES-PINZON**   **CASE NO.  2:26-CV-01214 SEC P**
**#A243-034-344**

**VERSUS**   **JUDGE TERRY A. DOUGHTY**

**WARDEN ALLEN PARISH PUBLIC**   **MAGISTRATE JUDGE CAROL B.**
**SAFETY COMPLEX ET AL**   **WHITEHURST**

**JUDGMENT**

Upon considering the Report and Recommendation of the Magistrate Judge [Doc. No. 10], noting no written and filed objections thereto, and after an independent review of the record, agreeing with the Magistrate Judge's findings of fact and conclusions of law,

**IT IS ORDERED**, **ADJUDGED**, **AND DECREED** that Petitioner Fernando Josue Efres-Pinzon's Petitions for Writ of Habeas Corpus [Doc. Nos. 1; 4] are **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

MONROE, LOUISIANA, this 14th day of July 2026.

_____
Terry A. Doughty
United States District Judge